UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>                    Plaintiff,<br><br>          v.<br><br>CHIMES DISTRICT OF COLUMBIA, INC., CHIMES INTERNATIONAL LTD, FCE BENEFIT ADMINISTRATORS, INC., GARY BECKMAN, STEPHEN PORTER, MARTIN LAMPNER, ALBERT BUSSONE, BENEFITS CONSULTING GROUP, JEFFREY RAMSEY, CHIMES D.C. INC. HEALTH & WELFARE PLAN,<br><br>                    Defendants. | Civil Action No.  1:15-cv-03315-RDB |

**REQUEST FOR ENTRY OF APPEARANCE**
**ON BEHALF OF A FEDERAL GOVERNMENT AGENCY**

Please enter my appearance in this case on behalf of   Thomas E. Perez, Secretary of Labor, United States Department of Labor.

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| STATE COURT | DATE OF ADMISSION |
|---|---|
| New York | March 31, 2004 |

I am an active member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

I understand that I must immediately notify the Court of any change in my address, phone number, and email address and that if I fail to do so, my appearance in this case will be terminated.

Respectfully submitted,

/s/
Evelyn H. Chung (NY State Bar #4197032)

U.S. Department of Labor
Office of the Solicitor
201 12th Street South, Suite 500
Arlington, VA 22209
Ph.: (202) 693-9660
Fax: (202) 693-9392
Email: chung.evelyn@dol.gov

Attorney for Plaintiff
Secretary of Labor
U.S. Department of Labor