# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Perez, Sec'y of U.S. Dept of Labor           *

**Plaintiff,**

                                             *

**v.**                                                                                    Case No.  1:15-cv-03315-RDB

Chimes D.C. Inc., et al.           *

**Defendant.**           *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the FCE BENEFIT ADMINISTRATORS, INC., Gary Beckman & Stephen Porter

I certify that I am admitted to practice in this Court.

12/2/2015

Date

Signature

Dawn Murphy-Johnson, #28449

Printed name and bar number

Miller & Chevalier Chartered, 655 15th Street, NW Suite 900 Washington, DC

Address

dmurphyjohnson@milchev.com

Email address

(202) 626-6050

Telephone number

(202) 626-5801

Fax number