# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (Northern Division)

| | |
|---|---|
| **THOMAS E. PEREZ** | * |
| *Plaintiff* | * |
| v. | *   Case No. 1:15-cv-03315-RDB |
| **CHIMES DISTRICT OF COLUMBIA, INC. ET AL.** | * |
| | * |
| *Defendants* | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

**TO THE CLERK AND ALL PARTIES OF RECORD:**  Please enter my appearance in the above-captioned matter as counsel to be noticed for the following Defendants: (1) Chimes District of Columbia, Inc., (2) Chimes International Ltd., (3) Albert Bussone, and (4) Martin Lampner.

Dated: December 10, 2015

                                                        Respectfully submitted,

                                                        /s/
                                        Kerstin M. Miller (Bar #29736)
                                        Douglas W. Desmarais (Bar #5180)
                                        SMITH & DOWNEY, P.A.
                                        320 E. Towsontown Blvd., Suite 1 East
                                        Baltimore, MD 21286
                                        (410) 321-9000 (p)
                                        (410) 321-6270 (f)
                                        ddesmarais@smithdowney.com
                                        kmiller@smithdowney.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of December, 2015, a copy of the foregoing Notice of Appearance was served, via electronic filing, on:

>Evelyn H. Chung
>US Department of Labor
>Office of the Regional Solicitor
>201 12th St., Suite 500
>Arlington, VA 22202
>
>Dawn Elise Murphy-Johnson
>Theresa S. Gee
>Miller and Chevalier Chtd.
>655 15th St. NW, Suite 900
>Washington, DC 20005
>
>Brooks R. Amiot
>Jackson Lewis LLP
>2800 Quarry Lake Dr., Suite 200
>Baltimore, MD 21209

_____/s/_____
Kerstin M. Miller