## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **THOMAS E. PEREZ, Secretary of Labor,** **United States Department of Labor** | * |
| | * |
| Plaintiff | * |
| | * |
| v. | *    Case No. 1:15-cv-03315 |
| | * |
| **CHIMES DISTRICT OF COLUMBIA, INC.,** **et al.** | * |
| | * |
| Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### [PROPOSED] ORDER

Upon consideration of the Motion to Dismiss filed by Chimes District of Columbia, Inc., Chimes International, Ltd., Martin Lampner, and Albert Bussone (collectively, the "Chimes Defendants"), and any opposition and reply thereto, and good cause appearing, it is hereby

**ORDERED**, that the Chimes Defendants' Motion to Dismiss is hereby GRANTED; and it is

**FURTHER ORDERED,** that judgment shall be entered in favor of the Chimes Defendants on all counts of the Complaint against them; and it is

**FURTHER ORDERED,** that all of Plaintiff's claims against the Chimes Defendants are hereby dismissed with prejudice.

Dated: _____            _____
                                                                                  Richard D. Bennett
                                                                                  United States District Judge