IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THOMAS E. PEREZ,
UNITED STATES SECRETARY
OF LABOR,

    Plaintiff,

v.                            CIVIL NO. 1:15-3315-RDB

CHIMES DISTRICT OF COLUMBIA
INC., et al.,

    Defendants.

## ORDER

After considering the parties' joint motion to enlarge the briefing schedule in connection with the motion to dismiss (ECF No. 86) filed by Defendants The Chimes District of Columbia, Inc., Chimes International Ltd., Albert Bussone, and Martin Lampner, and in connection with the motion to dismiss (ECF No. 87) filed by Defendants Benefits Consulting Group and Jeffrey Ramsey, it is hereby ORDERED that the joint motion is granted;

And it is further ORDERED that the Secretary is granted to and including May 16, 2016, to file a response to the motion to dismiss (ECF No. 86) filed by Defendants The Chimes District of Columbia, Inc., Chimes International Ltd., Albert Bussone, and Martin Lampner;

And it is further ORDERED that the Secretary is granted to and including May 16, 2016, to file a response to the motion to dismiss (ECF No. 87) filed by Defendants Benefits Consulting Group and Jeffrey Ramsey;

And it is further ORDERED that Defendants The Chimes District of Columbia, Inc., Chimes International Ltd., Albert Bussone, and Martin Lampner are granted to and including June 13, 2016, to file their reply to the Secretary's response;

And it is further ORDERED that Defendants Benefits Consulting Group and Jeffrey Ramsey are granted to and including June 13, 2016, to file their reply to the Secretary's response.

Entered this  26th  day of April, 2016.

_____
Hon. Richard D Bennett
United States District Judge