IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, <br> United States Department of Labor <br> <br> Plaintiff <br> <br> v. <br> <br> CHIMES DISTRICT OF COLUMBIA, INC., et al. <br> <br> Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : Case No. 1:15-cv-03315 <br> : <br> : <br> : <br> : <br> : <br> : |

**SECRETARY'S MOTION FOR LEAVE TO AMEND THE COMPLAINT TO JOIN MARILYN WARD AS AN ADDITIONAL DEFENDANT**

Plaintiff, Secretary of Labor, United States Department of Labor, hereby moves this Court for leave to amend the Complaint to join Marilyn Ward as an additional defendant. In support of its Amended Motion, Plaintiff hereby relies upon his Memorandum of Law in Support of the Secretary's Motion for Leave to Amend the Complaint to Join Marilyn Ward as an Additional Defendant.

WHEREFORE, Plaintiff requests that his Motion be granted.

Date: April 29, 2016                                Respectfully submitted,

Mailing address:                                     M. Patricia Smith, Solicitor of Labor

Office of the Solicitor                              Oscar L. Hampton III, Regional Solicitor
U.S. Department of Labor
Office of the Regional Solicitor             Douglas N. White, Associate Regional Solicitor
201 12th Street South
Arlington, VA 22202-5450            /s/_____
chung.evelyn@dol.gov;                         Evelyn H. Chung
(202) 693-9660; fax (202) 693-9392      Senior Trial Attorney
                                                              U.S. DEPARTMENT OF LABOR
                                                              Attorneys for Plaintiff