IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAY 2 2016

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR<br>               Plaintiff,<br><br>v.<br><br>CHIMES DISTRICT OF COLUMBIA, INC., et al.<br>               Defendants. | Civil Action No. 15-cv-3315 (RDB) |

### [PROPOSED] ORDER

After considering the motion to enlarge the briefing schedule in connection with the motion to dismiss filed by Defendants FCE Benefit Administrators, Inc., Gary Beckman and Stephen Porter ("FCE Defendants"), it is hereby

**ORDERED** that the FCE Defendants' motion is **GRANTED**; and it is further

**ORDERED** that the deadline for the FCE Defendants to file their reply brief in support of their motion to dismiss the complaint is enlarged, up through and including June 13, 2016.

Entered this 2nd day of May, 2016

_____
Hon. Richard D. Bennett
United States District Judge

2167495.1