# APPENDIX

| | |
|---|---|
| **From:** | Walter, Harold |
| **To:** | Thorne, René E. (New Orleans); Forney, Geoffrey - SOL; Kurman, Howard; Koonin, Marc; Gee, Theresa; Amiot, Brooks R. (Baltimore) |
| **Subject:** | RE: Perez v. Chimes, 15-3315 -- Motion to Add Defendant |
| **Date:** | Friday, April 29, 2016 12:07:04 PM |
| **Attachments:** | image002.png |
| | image004.png |
| | image005.png |

Geoff:

We need to see the proposed amended complaint before we can respond.

Hal

Harold M. Walter
*Principal*
*Chairman Emeritus of the Commercial Litigation Department*
**Offit⋮Kurman**®
Attorneys At Law

the perfect **legal partner**®

410.209.6448    Baltimore
410.209.6435    Facsimile

www.offitkurman.com



**Baltimore**
300 East Lombard Street | Suite 2010 | Baltimore, MD 21202

**From:** Thorne, René E. (New Orleans) [mailto:ThorneR@jacksonlewis.com]
**Sent:** Friday, April 29, 2016 11:09 AM
**To:** Forney, Geoffrey - SOL <forney.geoffrey@DOL.GOV>; Walter, Harold <hwalter@offitkurman.com>; Kurman, Howard <hkurman@offitkurman.com>; Koonin, Marc <Marc.Koonin@sedgwicklaw.com>; Theresa S Gee. (tgee@milchev.com) <tgee@milchev.com>; Amiot, Brooks R. (Baltimore) <Brooks.Amiot@jacksonlewis.com>
**Subject:** RE: Perez v. Chimes, 15-3315 -- Motion to Add Defendant

Geoff,

Will you share with us the amended complaint?

Regards,

René

René E. Thorne
Managing Principal, New Orleans Office
**jackson|lewis P.C.**
650 Poydras Street
Suite 1900
New Orleans, Louisiana 70130
504.208.5827 | Direct
504.208.1759 | Fax
504.400.4653 | Cell
thorner@jacksonlewis.com
www.jacksonlewis.com

Representing Management Exclusively In Workplace Law And Related Litigation.

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

---

**From:** Forney, Geoffrey - SOL [mailto:forney.geoffrey@DOL.GOV]
**Sent:** Friday, April 29, 2016 9:37 AM
**To:** Walter, Harold; Kurman, Howard; Koonin, Marc; Theresa S Gee. (tgee@milchev.com); Thorne, René E. (New Orleans); Amiot, Brooks R. (Baltimore)
**Subject:** Perez v. Chimes, 15-3315 -- Motion to Add Defendant
**Importance:** High

Counsel,

The Department intends to move for leave to file an amended complaint for the sole purpose of adding a defendant. In that connection, the Department intends to add Marilyn Ward, one of the trustees of the Chimes Plan, as a defendant.

We do not contemplate alleging any additional facts relating to the existing defendants. The proposed, amended complaint simply adds new counts alleging ERISA breaches by Marilyn Ward.

Please let me know whether your clients consent to a motion for leave to file an amended complaint to add Marilyn Ward as a defendant.

Thank you,

Geoffrey Forney
Trial Attorney
Office of the Solicitor
United States Department of Labor

The Curtis Center, Ste. 630 East

170 S. Independence Mall West

Philadelphia, PA 19106

215-861-5137

_____

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law.  If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.  If you are not the intended recipient, you must contact the sender immediately to inform him of the error.

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**

Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

| | |
|---|---|
| **From:** | Thorne, René E. (New Orleans) |
| **To:** | Forney, Geoffrey - SOL; Walter, Harold; Kurman, Howard; Koonin, Marc; Gee, Theresa; Amiot, Brooks R. (Baltimore) |
| **Subject:** | RE: Perez v. Chimes, 15-3315 -- Motion to Add Defendant |
| **Date:** | Friday, April 29, 2016 11:08:38 AM |

Geoff,

Will you share with us the amended complaint?

Regards,

René

René E. Thorne

Managing Principal, New Orleans Office

**jackson|lewis P.C.**

650 Poydras Street

Suite 1900

New Orleans, Louisiana 70130

504.208.5827 | Direct

504.208.1759 | Fax

504.400.4653 | Cell

thorner@jacksonlewis.com

www.jacksonlewis.com

Representing Management Exclusively In Workplace Law And Related Litigation. Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

**From:** Forney, Geoffrey - SOL [mailto:forney.geoffrey@DOL.GOV]
**Sent:** Friday, April 29, 2016 9:37 AM
**To:** Walter, Harold; Kurman, Howard; Koonin, Marc; Theresa S Gee. (tgee@milchev.com); Thorne, René E. (New Orleans); Amiot, Brooks R. (Baltimore)
**Subject:** Perez v. Chimes, 15-3315 -- Motion to Add Defendant
**Importance:** High

Counsel,

The Department intends to move for leave to file an amended complaint for the sole purpose of adding a defendant. In that connection, the Department intends to add Marilyn Ward, one of the trustees of the Chimes Plan, as a defendant.

We do not contemplate alleging any additional facts relating to the existing defendants.  The proposed, amended complaint simply adds new counts alleging ERISA breaches by Marilyn Ward.

Please let me know whether your clients consent to a motion for leave to file an amended complaint to add Marilyn Ward as a defendant.

Thank you,

Geoffrey Forney
Trial Attorney
Office of the Solicitor
United States Department of Labor
The Curtis Center, Ste. 630 East
170 S. Independence Mall West
Philadelphia, PA 19106
215-861-5137
_____

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law.  If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.  If you are not the intended recipient, you must contact the sender immediately to inform him of the error.

| | |
|---|---|
| **From:** | Forney, Geoffrey - SOL |
| **To:** | Gee, Theresa; Walter, Harold; Kurman, Howard; Koonin, Marc; Thorne, René E. (New Orleans); Amiot, Brooks R. (Baltimore) |
| **Cc:** | Robert Eassa (Robert.Eassa@sedgwicklaw.com); David Crutcher (david@crutcherlaw.com) |
| **Subject:** | RE: Perez v. Chimes, 15-3315 -- Motion to Add Defendant |
| **Date:** | Friday, April 29, 2016 5:37:33 PM |

We've already filed the motion. I'm assuming the parties will either file oppositions or file statements indicating no opposition.

Geoff Forney

215-861-5137

---

**From:** Gee, Theresa [mailto:tgee@milchev.com]
**Sent:** Friday, April 29, 2016 3:36 PM
**To:** Forney, Geoffrey - SOL; Walter, Harold; Kurman, Howard; Koonin, Marc; Thorne, René E. (New Orleans); Amiot, Brooks R. (Baltimore)
**Cc:** Robert Eassa (Robert.Eassa@sedgwicklaw.com); David Crutcher (david@crutcherlaw.com)
**Subject:** RE: Perez v. Chimes, 15-3315 -- Motion to Add Defendant

Thanks, Geoff. We'll get back to you.

---

**From:** Forney, Geoffrey - SOL [mailto:forney.geoffrey@DOL.GOV]
**Sent:** Friday, April 29, 2016 3:25 PM
**To:** Gee, Theresa; Walter, Harold; Kurman, Howard; Koonin, Marc; Thorne, René E. (New Orleans); Amiot, Brooks R. (Baltimore)
**Cc:** Robert Eassa (Robert.Eassa@sedgwicklaw.com); David Crutcher (david@crutcherlaw.com)
**Subject:** RE: Perez v. Chimes, 15-3315 -- Motion to Add Defendant

Here is a draft of the amended complaint. Although the purpose is to add Ward as a defendant, the allegations relating to her will necessarily have a connection to the other defendants. But I do not contemplate any new allegations aside from tying Ward into the existing allegations.

The new paragraphs are the following, with parentheses reflecting allegations that directly affect other parties. 4, 6, 20, 46 (FCE), 54 (FCE), 55 (FCE), 56-59, 60 (Chimes), 61 (FCE), 62-63, 71-72, and Counts VII, VIII, IX, and X. Of course, you can double-check my assessment by doing a search for "Ward" throughout the document.

Please let me know whether you oppose a motion for leave to file the amended complaint.

Thank you,

Geoff Forney

215-861-5137

---

**From:** Gee, Theresa [mailto:tgee@milchev.com]
**Sent:** Friday, April 29, 2016 12:12 PM
**To:** Forney, Geoffrey - SOL; Walter, Harold; Kurman, Howard; Koonin, Marc; Thorne, René E. (New Orleans); Amiot, Brooks R. (Baltimore)
**Cc:** Robert Eassa (Robert.Eassa@sedgwicklaw.com); David Crutcher (david@crutcherlaw.com)

**Subject:** RE: Perez v. Chimes, 15-3315 -- Motion to Add Defendant

Geoff,

Could you please forward a black-lined version of the proposed amended complaint showing the proposed changes?

Tess

**THERESA S. GEE**
Miller & Chevalier Chartered
900 16th Street NW | Washington, DC 20006
tgee@milchev.com | 202.626.5928 | millerchevalier.com

*We recently moved our offices – please note our new address.*
*Telephone numbers and email addresses remain the same.*

\* \* \*

This electronic message contains information which may be legally confidential and/or privileged. The information is intended solely for the individual or entity named above and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.

---

**From:** Forney, Geoffrey - SOL [mailto:forney.geoffrey@DOL.GOV]
**Sent:** Friday, April 29, 2016 10:37 AM
**To:** Walter, Harold; Kurman, Howard; Koonin, Marc; Gee, Theresa; Thorne, René E. (New Orleans); Amiot, Brooks R. (Baltimore)
**Subject:** Perez v. Chimes, 15-3315 -- Motion to Add Defendant
**Importance:** High

Counsel,

The Department intends to move for leave to file an amended complaint for the sole purpose of adding a defendant. In that connection, the Department intends to add Marilyn Ward, one of the trustees of the Chimes Plan, as a defendant.

We do not contemplate alleging any additional facts relating to the existing defendants. The proposed, amended complaint simply adds new counts alleging ERISA breaches by Marilyn Ward.

Please let me know whether your clients consent to a motion for leave to file an amended complaint to add Marilyn Ward as a defendant.

Thank you,

Geoffrey Forney

Trial Attorney
Office of the Solicitor
United States Department of Labor
The Curtis Center, Ste. 630 East
170 S. Independence Mall West
Philadelphia, PA 19106
215-861-5137
_____

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law.  If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.  If you are not the intended recipient, you must contact the sender immediately to inform him of the error.